IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   LEIGH-ANN JENKS TURNER, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| v. | ) | CIV-14-896-M |
| | ) | |
| 1.   WAL-MART ASSOCIATES, INC., | ) | |
|       a/k/a WAL-MART STORES, INC., | ) | |
|       and | ) | |
| 2.   WAL-MART STORES EAST, LP, | ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
|       Defendants. | ) | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Leigh-Ann Jenks Turner, hereby stipulates with the Defendants, Wal-Mart Associates, Inc., a/k/a Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 13TH DAY OF NOVEMBER, 2015.**

s/ Jana B. Leonard
Jana B. Leonard, OBA # 17844
Shannon C. Haupt, OBA # 18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:     405-239-3801
leonardjb@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*

1

s/Angelyn L. Dale
(Signed with permission)
Angelyn L. Dale, OBA #10773
Stephanie T. Gentry, OBA #18612
HALL, ESTILL, HARDWICK, GABLE,
    GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Tele:  918-594-0400
Fax:   918-594-0505
adale@hallestill.com
sgentry@hallestill.com
*Counsel for Defendants*
